BEFORE THE THIRD DIVISION, MARCH 20, 1943

**No. 48118.**—Protests 50604–K, etc., of Atlantic Coast Fisheries Corp. (New York).

Opinion by CLINE, J. It was stipulated that the frozen frogs' legs in question are the same in all material respects as those the subject of *Pacific Trading Co.* v. *United States* (8 Cust. Ct. 221, C. D. 610). The claim at 10 percent under paragraph 1558 was therefore sustained.

**No. 48119.**—Protest 943400–G of Quong Wo Cheung (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of candied, crystallized, or glace fruits not *eo nomine* provided for in the Tariff Act of 1930, imported from China after June 15, 1936. In accordance therewith, the claim at 25 percent under paragraph 752 and T. D. 48316 was sustained as to certain of the items.

**No. 48120.**—Protest 28536–K of Irwin-Harrisons-Whitney, Inc. (New York.)

Opinion by CLINE, J. It was stipulated that the ginger root in question is in all material respects similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). In accordance therewith it was held entitled to free entry under paragraph 1768 as ginger root, not preserved or candied, unground, as claimed.

**No. 48121.**—Protest 91479–K of Ernest E. Marks Co. (New York).

Opinion by CLINE, J. When this case was called for trial there was no appearance on the part of the plaintiff. An examination of the papers failed to disclose any error on the part of the collector. The protest was therefore overruled.

**No. 48122.**—Protest 803283–G of M. De Rosa (New York).

Opinion by CLINE, J. When this case was called for trial the protest was submitted without the introduction of evidence on the part of the plaintiff. There is nothing in the record to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.